IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Render, Bobby | Case Number:  05 B 17993 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/28/07 | Filed:  5/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  November 12, 2007
Confirmed:  August 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,575.00 | |
| Secured: | | 2,373.00 |
| Unsecured: | | 6,049.12 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 462.64 |
| Other Funds: | | 1,690.24 |
| Totals: | 10,575.00 | 10,575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 2. | World Savings & Loan Associati | Secured | 0.00 | 0.00 |
| 3. | New Age Chicago Furniture Co | Secured | 0.00 | 0.00 |
| 4. | World Savings & Loan Associati | Secured | 2,373.00 | 2,373.00 |
| 5. | SBC | Unsecured | 692.55 | 692.55 |
| 6. | ECast Settlement Corp | Unsecured | 1,711.21 | 1,711.21 |
| 7. | American General Finance | Unsecured | 3,645.36 | 3,645.36 |
| 8. | Aastro Title Lenders | Secured | | No Claim Filed |
| 9. | Metro Ford | Secured | | No Claim Filed |
| 10. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 11. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 12. | Cingular Wireless | Unsecured | | No Claim Filed |
| 13. | Render, John | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,422.12 | $ 8,422.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 215.55 |
| 5% | 41.35 |
| 4.8% | 139.77 |
| 5.4% | 65.97 |
| | _____ |
| | $ 462.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Render, Bobby

Printed:  12/28/07

Case Number:  05 B 17993
Judge:  Goldgar, A. Benjamin
Filed:  5/5/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

